COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTIONS FOR SANCTIONS

Appellate case name:     Xiaodong Li v. DDX Group Investment, LLC d/b/a Dong Tin Chinese Restaurant

Appellate case number:   01-12-00405-CV

Trial court case number:  2009-79589

Trial court:              125th District Court of Harris County

We DENY Appellee's Motion for Sanctions.  We further DENY Appellant's Motion for Sanctions.

It is so ORDERED.


Judge's signature: ___/s/ Laura Carter Higley_____
                        Acting for the Court

Panel consists of Justices Jennings, Higley, and Sharp.


Date:  _April 11, 2013